UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2018-139 (WOB-HAI)

DAVID L. BRUCKMANN                                              PLAINTIFF

VS.                              ORDER

OFFICER D. GRISWALD, ET AL                                     DEFENDANTS


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 43), and no objections having been filed, and the Court being advised,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 43) be, and hereby is **adopted** as the findings of fact and conclusions of law of this Court; 1) that defendant's motion to deem their request for admissions admitted (Doc.42) be, and hereby is, **granted**; 2) that defendant's second motion for default judgment as a sanction for discovery violations (Doc. 42) be, and hereby is, **granted**; and 3) that defendant's motion for payment of expenses and fees (Doc. 42) be, and hereby is, **denied.**

This 22nd day of November, 2019.



Signed By:
*William O. Bertelsman* WOB
United States District Judge